UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHALOM M. HARRIS,

        Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,[1]

        Defendant.

CASE NO. C15-1387-BAT

**ORDER REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

This Social Security disability appeal is before the court on remand from the Ninth Circuit Court of Appeals. The Ninth Circuit issued a memorandum reversing this court's decision affirming the Commissioner. Dkt. 23. The Ninth Circuit found that the ALJ failed to provide clear and convincing reasons supported by substantial evidence for rejecting Dr. Hendrickson's uncontroverted opinion that Ms. Harris showed marked limitations in interacting appropriately with supervisors, and that this error was not harmless. *Id.* Accordingly, the court now **REVERSES** the Commissioner's final decision and **REMANDS** this case for further

---

[1] Nancy A. Berryhill is now the Deputy Commissioner of the Social Security Administration for Operations. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin as defendant in this suit. The Clerk is directed to update the docket, and all future filings by the parties should reflect this change.

ORDER REMANDING CASE FOR FURTHER ADMINISTRATIVE
PROCEEDINGS - 1

proceedings before the Commissioner consistent with the Ninth Circuit's memorandum.

DATED this 28th day of June, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge